COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



CONTINUING ORDER OF ABATEMENT

Appellate case name:        In re Barbara Latham, et al., relators

Appellate case number:    01-18-00649-CV

Trial court case number:   456,059

Trial court:               Probate Court No. 2 of Harris County

This Court's January 3, 2019 Order of Abatement had abated this case for the new respondent, the Honorable Michael Newmann, to reconsider the Honorable Mike Wood's May 30, 2018 order for fees, sanctions and contempt and the August 7 and 30, 2018 orders to show cause in this amended mandamus petition. *See* TEX. R. APP. P. 7.2(b). That Order had directed relators to set a hearing date within 30 days of that Order and had directed the probate clerk to file a supplemental clerk's record within 40 days of that Order. On March 15, 2019, the probate court clerk filed an information sheet in this Court stating that the "Supplemental Clerk's Record has not been file[d] because we have not had any hearings in this case recently."

Accordingly, the Court sua sponte continues to abate this original proceeding and **orders** the respondent, Judge Newmann, to sign an order or issue a docket entry setting a hearing date notifying all the parties **within 10 days** of the date of this Order for a hearing to be held **within 20 days** of the date of this Order, and for that hearing to be recorded by a court reporter. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set. The Court further **orders** the probate court clerk to file a supplemental clerk's record and **orders** the court reporter to file the supplemental reporter's record of the hearing, both **within 30 days** of the date of this Order.

This case continues to be abated, treated as a closed case, and removed from this Court's active docket. This original proceeding will be reinstated on this Court's active docket when the supplemental clerk's and reporter's records that comply with this Order are filed in this Court. This Court will also consider a motion to reinstate by any party.

It is so ORDERED.

Judge's signature:    _/s/ Evelyn V. Keyes_____

                          ⊠ Acting individually    ☐ Acting for the Court

Date:  __March 26, 2019___